**Dismissed and Opinion Filed October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Myers
Opinion by Chief Justice Wright

Appellee has filed a motion to strike appellant's corrected brief and to dismiss the appeal. Our records reflect appellant's brief was originally due May 7, 2014. On appellant's motion, that deadline was extended to July 7, 2014. We subsequently stayed that deadline to allow appellant, again on her motion, to file, no later than July 11, 2014, an affidavit of indigence with the trial court in compliance with Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1. Appellant asserted the affidavit was necessary because she could not afford the fee for a supplemental clerk's record needed for the appeal to proceed. Instead of filing the affidavit, however, appellant tendered her brief. Accordingly, we reinstated the briefing deadlines and ordered the brief filed.

On August 7, 2014, we notified appellant her brief was deficient. We directed her to file an amended brief that complied with Texas Rule of Appellate Procedure 38.1 no later than August 18th and cautioned her that failure to comply could result in dismissal of the appeal without further notice. *See id.* 38.1, 38.8(a)(1), 42.3(b),(c). That deadline was subsequently extended twice, making her brief due September 12, 2014. When appellant had not filed the brief by September 23, 2014, we directed her to file the brief, along with an extension motion, no later than October 3, 2014 and cautioned her again that her appeal could be dismissed if she failed to comply. Appellant tendered her amended brief, but no extension motion, October 6, 2014.

Appellee asserts in support of its motion to strike brief and dismiss appeal that the brief is still deficient and appellant has no regard for the Court's rules and deadlines. Appellee filed its motion October 9, 2014. More than ten days have passed, and appellant has not responded. Because appellant has been given more than five months to file a proper brief but has failed to do so, we grant the motion and dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

131747F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHELSEA L. DAVIS, Appellant

No. 05-13-01747-CV      V.

MCKOOL SMITH, P.C., Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-14215.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee McKool Smith, P.C. recover its costs, if any, of this appeal from appellant Chelsea L. Davis.

Judgment entered October 29, 2014.

–3–